**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re:<br><br>PERRY EVERETT ADLER,<br><br>        Debtor. | Case No. 25-12714-BFK<br>Chapter 7 |
| AMARYLLIS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>PERRY EVERETT ADLER,<br><br>        Defendant. | Adversary Proceeding<br>No. 26-01015-BFK |

**ORDER SETTING FINAL PRETRIAL CONFERENCE**

On May 26, 2026, the parties appeared before the Court for an Initial Pre-Trial Conference on Complaint to Determine Debt as Nondischargable under § 523. Docket No. 1. At the appointed time for the hearing, Joshua Bradley, Counsel for the Plaintiff, was present in court, as was Robert Brandt, as Counsel for the Defendant. Finding it appropriate to do so, the Court will set this matter for a Final Pretrial Conference. It is hereby

**ORDERED**:

1.      A Final Pretrial Conference is set for **<u>Tuesday, September 22, 2026, at 9:30 a.m.</u>**, in Courtroom I of the Martin V.B. Bostetter, Jr., United States Courthouse, located at 200 S. Washington Street, Alexandria Virginia, 22314.

2.      Discovery shall be cut off on **Friday, September 11, 2026, at 5:00 p.m.**

3.      Identification of experts shall be provided no later than **Friday, July 10, 2026.**

Identification of Rebuttal Experts shall be provided by **August 7, 2026.**

4.      The Clerk shall mail copies of this Order, or provide CM-ECF notice of its entry,

to the parties below.

Date: ___Jun 3 2026___

Alexandria, Virginia

/s/ Brian F Kenney
_____
HONORABLE BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Entered On Docket: Jun 3 2026

Copies to:

Amaryllis, Inc.
25 S. Charles St.
c/o Joshua D. Bradley
Baltimore, MD 21201
*Plaintiff*

Joshua Dylan Bradley
Rosenberg Martin Greenberg LLP
25 S. Charles St., 21st Floor
Baltimore, MD 21201
*Counsel for Plaintiff*

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307
*Defendant*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
*Counsel for Defendant*